IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

MARK DAWSON 163066 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:07cv168-WKW
 )   (To be supplied by Clerk of
TED SEXTON )   U.S. District Court)
_____ )
JAMES E. TAGGART )
_____ )
JACK WHITEHEAD )
_____ )
ANDREW REDD )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2007 FEB 26  A 11:25
DEBRA P. HA[CKETT]
U.S. DISTRI[CT COURT]
MIDDLE DIST[RICT ALA]

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT E.C.F 200 WALLACE DRIVE CLio AL 36017

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED TUSCALOOSA COUNTY JAIL 1600 26TH AVENUE, TUSCALOOSA AL 35401

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS

1. TED SEXTON - 1600 26TH AVENUE TUSCALOOSA AL 35401
2. JAMES E. TAGGART - 1600 26TH AVENUE TUSCALOOSA AL 35401
3. JACK WHITEHEAD - 1600 26TH AVENUE TUSCALOOSA AL 35401
4. ANDREW REDD - P.O. BOX 301501, MONTGOMERY AL 36130-1501
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ▓▓▓▓▓ 12-12-2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: THE PLAINTIFF IS A STATE INMATE AT EASTERLING CORRECTIONAL FACILITY, HE WAS TRANSFER

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

To Tuscaloosa County Jail for Court, The Defendant's Forcibly And Illegally Removed Money From The Plaintiff Account in Violation of Title 14 Section 3 30 B Code of Alabama, 1975.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff Requests that all monies Deducted From His Account while He was At the Tuscaloosa County Jail, As A State Prisoner A Total of $349.08 At the Earliest Possible Time.

_Mark C. Dawson_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-21-2007 .
(Date)

_Mark C. Dawson_
Signature of plaintiff(s)

4




POSTAGE DUE 24¢

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama.
36101

Mark C. Dawson
#163066-C2-14A
Easterling Corr. Fac.
200 Wallace Dr.
Clio, Alabama.
36017

— Legal Mail —