**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Clerk of Court
    U.S. District Ct.
    140 Hugo L. Black
    U.S. Courthouse
    1729 5th Ave N.
    B'ham, AL 35203-2000

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name): S. Brown
C. Date of Delivery: 4/18/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07cv168
   [illegible]

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Case ... Document ... Page 1 of 1